**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

vs.                                                                  CASE NO. 8:12-CR-472-T-17-EAJ

JERMELL C. HICKMAN
                                       /

**ORDER ADOPTING REPORT AND RECOMMENDATION**

      This cause is before the Court on the report and recommendation R&R issued by Magistrate Judge Elizabeth A. Jenkins, on January 24, 2013 (Doc. 36). The magistrate judge recommends that the Court deny the defendant's motion to suppress (Docket No. 20).

      Pursuant to Rule 6.02, Rules of the United States District Court for the Middle District of Florida, the parties had ten (10) days after service to file written objections to the proposed findings and recommendations, or be barred from attacking the factual findings on appeal. **Nettles v. Wainwright**, 677 F.2d 404 (5th Cir. 1982) (en banc). Objections were filed by the defendant (Doc. 39) and the government responded thereto (Doc. 45).

**STANDARD OF REVIEW**

      When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a de novo review of the record with respect to that factual issue. 28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980); **Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990). However, when no timely and specific objections are filed, case law indicates that the court should review the findings using a clearly erroneous standard. **Gropp v. United Airlines, Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

CASE NO. 8:05-CR-336-T-17-MSS

The Court has reviewed the report and recommendation and made an independent review of the record. The Court finds the government's response to the defendant's objections to be persuasive. The Court incorporates that document by reference herein. Upon due consideration, the Court concurs with the report and recommendation as follows. Accordingly, it is

**ORDERED** that the report and recommendation, dated January 24, 2013, be **adopted** and **incorporated by reference and** the defendant's motion to suppress (Docket No. 23) be **denied**.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 25th day of February, 2013.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
Assigned Magistrate Judge